UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

THOMAS OKONIEWSKI,

                       Plaintiff,

       v.

NIAGARA MOHAWK HOLDINGS, INC., THE
PRUDENTIAL INSURANCE COMPANY OF
AMERICA and PRUDENTIAL FINANCIAL,
INC.

                  Defendants.

**STIPULATION OF DISMISSAL**

Civil Action No.: 07-CV-1105
(FJS/DEP)

IT IS HEREBY STIPULATED AND AGREED, by the undersigned attorneys of record for all the parties to the above-captioned action, as follows:

1. That no party hereto is an infant or incompetent.

2. The above-captioned action, and all of plaintiff's claims therein, shall be and are hereby dismissed with prejudice as against Niagara Mohawk Holdings, Inc., The Prudential Insurance Company of America and Prudential Financial, Inc., without costs to any party as against the others.

3. Any claims that Niagara Mohawk Holdings, Inc. may have against The Prudential Insurance Company of America and Prudential Financial, Inc. in connection with the above-captioned action, and any claims that The Prudential Insurance Company of America and Prudential Financial, Inc. may have against Niagara Mohawk Holdings, Inc. in connection with the above-captioned action, shall be, and are hereby, dismissed with prejudice.

Dated: July 1st June __, 2008

OLINSKY & SHURTLIFF, LLP

_____
Howard D. Olinsky, Esq.

1381809.6

Bar Roll No. 102297
OLINSKY & SHURTLIFF, LLP
300 South State Street, 5th Floor
Syracuse, New York 13202
Telephone:  (315) 343-9112
E-mail:  holinsky@windisability.com

*Attorneys for Plaintiff*


BOND, SCHOENECK & KING, PLLC

Robert A. LaBerge, Esq.
Bar Roll No. 501096
BOND, SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, New York 13202-1355
Telephone:  (315) 218-8000
E-mail:  rlaberge@bsk.com

*Attorneys for Defendant Niagara Mohawk
Holdings, Inc.*


CUYLER BURK LAW FIRM

/s/Stefano V. Calogero

Stefano V. Calogero, Esq.
Bar Roll No. 511165
CUYLER BURK LAW FIRM
Four Century Drive
Parsippany, New Jersey 07054
Telephone:  (973) 734-3200
E-mail:  scalogero@cuyler.com

*Attorneys for Defendants The Prudential
Insurance Company of America and
Prudential Financial, Inc.*

SO ORDERED

David E. Peebles
U.S. Magistrate Judge
Dated:   8/14/08
Syracuse, New York

1381809.6